```
1  CLYDE M. BLACKMON (SBN 36280)
   ROTHSCHILD WISHEK & SANDS LLP
2  901 F STREET, SUITE 200
   Sacramento, CA  95814
3  Telephone: (916) 444-9845

4  Attorneys for Defendant,
   DAVID ARTHUR EVANS
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | Case No.: 2:06-CR-00067-WBS |
|---|---|
| Plaintiff, | STIPULATION AND [~~PROPOSED~~] ORDER CONTINUING SENTENCING ON SUPERVISED RELEASE VIOLATION |
| vs. | |
| DAVID ARTHUR EVANS, | |
| Defendant. | |

The United States of America, through its counsel Assistant United States Attorney Matthew G. Morris, and David Arthur Evans, through his counsel Clyde M. Blackmon, hereby stipulate that the disposition hearing regarding supervised release violation, which is currently scheduled for February 4, 2013, may be continued to February 25, 2013 at 9:30 a.m.

A continuation of the matter is necessary to provide counsel for Mr. Evans time to prepare and file a sentencing memorandum on Mr. Evans's behalf.

Therefore, the parties request that the matter be continued

1  to 9:30 a.m. on February 25, 2013.

2  IT IS SO STIPULATED.

3  DATED:     January 31, 2013     By: //s// Clyde M. Blackmon for
4                                          MATTHEW G. MORRIS
                                           Assistant U.S. Attorney

5                                      ROTHSCHILD WISHEK & SANDS LLP

6  DATED:     January 31, 2013     By:  //s// Clyde M. Blackmon
7                                          CLYDE M. BLACKMON
                                           Attorneys for Defendant
8                                          DAVID ARTHUR EVANS

**ORDER**

GOOD CAUSE APPEARING upon the stipulation of the parties, it is ordered that the disposition hearing regarding supervised release violation scheduled for February 4, 2013, is continued to 9:30 a.m. on February 25, 2013 at 9:30 a.m.

Dated: January 31, 2013

WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

- 2 -
STIPULATION AND [PROPOSED] ORDER CONTINUING SENTENCING ON SUPERVISED RELEASE VIOLATION